UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jose Luis Pimentel

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

94 -CR- 937 )( )

Defendant __Jose Luis Pimentel__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__Jose Luis Pimentel by (FM)__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Jose Luis Pimentel__
Print Defendant's Name

__/s/__
Defendant's Counsel's Signature

__Florian Miedel__
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

__1/24/22__
Date

__/s/__
**Ona T. Wang**
United States Magistrate Judge